

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

June 28, 2018

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:      Yermi Heilpern
Case No.    18-22383-rdd
Loan No.    ...9689

Dear Hon. Robert D. Drain,

    Please allow this letter to serve as a written status report, submitted on behalf of Seterus, Inc. (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    The Firm filed a letter seeking loss mitigation documents on May 7, 2018 and await the same.

    If there are any questions, please feel free to contact me directly at 716-253-6200.

    Very truly yours,


By:    /s/:  Deborah Turofsky, Esq.

cc.    ECF and Email
       Allen A. Kolber, Esq.